# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-60
LT Case No. 2019-CA-2974

_____

PHILLIP TIMOTHY HOWARD,

    Appellant,

    v.

BEACON LEGAL FUNDING, LLC,
A TEXAS LIMITED LIABILITY
COMPANY,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Virginia B. Norton, Judge.

Phillip Timothy Howard, Tallahassee, pro se.

Daniel K. Bean, Jacqueline A. Van Laningham, and Stacy A.
Scaldo, of ABL Law, P.A., Jacksonville, for Appellee.

September 12, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., HARRIS, and KILBANE, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---